FIRST CHARTER NATIONAL BANK v. HELEN ERICSON.

September 23, 1976. Cross-Petition for certification granted.

BANKERS TRUST COMPANY v.
LATRECCHIA, INCORPORATED.

September 23, 1976. Petition for certification denied.

DAISY FULLER v. ANN KLEIN.

September 23, 1976. Petition for certification granted.

WALTER STEC v. ELIJAH RICHARDSON.

September 23, 1976. Petition for certification granted.

TITAN AIR CONDITIONING CORPORATION v.
ROBERT DANA.

September 23, 1976. Petition for certification denied.

ROGER A. KVAM v. CHARLES GEDNEY.

September 23, 1976. Petition for certification denied.